IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


| | | |
|---|---|---|
| Chantay Elese Collins, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:13cv756 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on September 23, 2014 (Doc. 16), to whom this case was

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and

that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 10, 2014,

hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's decision is **REVERSED** and **REMANDED** to the

Commissioner for further review under sentence four of 42 U.S.C. §405(g).

This case is hereby **TERMINATED** from the docket of the Court.

IT IS SO ORDERED.


    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court