IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chantay Elese Collins,                      :
                                            :
        Plaintiff(s),                       :
                                            :   Case Number: 1:13cv756
    vs.                                     :
                                            :   Judge Susan J. Dlott
Commissioner of Social Security,            :
                                            :
        Defendant(s).                       :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 23, 2015 (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 9, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for fees (Doc. 19) is **DENIED** as moot in light of the parties' later filed joint stipulation of fees.

Pursuant to the parties' stipulation (Doc. 20), plaintiff is awarded the total sum of $2,695.00 in attorney's fees and costs under the Equal Access to Justice Act (EAJA).

IT IS SO ORDERED.

    s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court