IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Chantay Elese Collins, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv756 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 10, 2016 (Doc. 25), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 28, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for an additional fee award (Doc. 24) is GRANTED. Plaintiff is awarded the total sum of $6,181.75 in attorney fees under 42 U.S.C. §406(b).

IT IS SO ORDERED.

                                                                ___s/Susan J. Dlott_____
                                                                 Judge Susan J. Dlott
                                                                 United States District Court